1   BENJAMIN B. WAGNER
    United States Attorney
2   BRIAN W. ENOS
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, California 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5
    Attorneys for the
6    United States of America

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          )   Case No.: 1:12-cr-00037-AWI/DLB
                                       )
11                      Plaintiff,     )   **STIPULATION BETWEEN THE UNITED**
                                       )   **STATES AND DEFENDANT REGARDING**
12                                     )   **PRODUCTION OF PROTECTED**
                                       )   **INFORMATION; PROTECTIVE ORDER**
13            v.                       )   **RE: SAME**
                                       )
14                                     )
    NENG YANG,                         )
15                                     )
                        Defendant.     )
16                                     )
                                       )
17  _____)

18       WHEREAS, the discovery in this case is voluminous and contains a

19  large amount of private personal information regarding third parties

20  (both adults and minors), including but not limited to their names,

21  dates of birth, medical records, Social Security numbers, telephone

22  numbers, and residential addresses ("Protected Information"); and

23       WHEREAS, the parties desire to avoid both the necessity of large

24  scale redactions and the unauthorized disclosure or dissemination of

25  this information to anyone not a party to the court proceedings in this

26  matter;

27       The parties agree that entry of a stipulated protective order is

28  appropriate.

THEREFORE, defendant NENG YANG, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

///

5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.    Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

                                        (As auth. 2/13/12)

DATED: February 13, 2012        By: /s/ Francine Zepeda_____
                                    Francine Zepeda
                                    Attorney for Defendant
                                    NENG YANG


DATED: February 13, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Brian W. Enos_____
                                    Brian W. Enos
                                    Assistant U.S. Attorney




                            **ORDER**


  IT IS SO ORDERED.

Dated: _____February 14, 2012_____    _____
                                      CHIEF UNITED STATES DISTRICT JUDGE