1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | FRANCINE ZEPEDA, CA Bar #091775
Assistant Federal Defenders
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | NENG YANG

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,         )   NO. 1:12-cr-00037 AWI-DLB
                                     )
12 |                  Plaintiff,       )   STIPULATION TO CONTINUE MOTIONS
                                     )   SCHEDULE AND HEARING; ORDER
13 |         v.                        )
                                     )   Date:   July 30, 2012
14 | NENG YANG,                        )   Time:   1:30 PM
                                     )   Judge: Hon. Anthony W. Ishii
15 |                  Defendant.       )
                                     )
16 | _____ )

17 |

18 |         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 | attorneys of record herein, that the motions hearing now set for June 25, 2012, **may be continued to July**

20 | **30, 2012 at 1:30 P.M.**, and that a new motions schedule be set as follows:

21 |

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | April 27, 2012 | June 22, 2012 |
| Responses Due | May 18, 2012 | July 13, 2012 |
| Hearing | June 25, 2012 - 1:30 P.M. | July 30, 2012 - 1:30 P.M. |

24 |         Counsel for defendant Yang needs additional time to file a motion to suppress. She will be out of

25 | the office starting May 28, returning June 11, 2012.

26 | / / /

27 | / / /

28 | ///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  May 23, 2012                    By:  /s/  Brian Enos
                                             BRIAN ENOS
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED:  May 23, 2012                    By:  /s/  Francine Zepeda
                                             FRANCINE ZEPEDA
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             Neng Yang

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   May 24, 2012   

CHIEF UNITED STATES DISTRICT JUDGE