1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | FRANCINE ZEPEDA, CA Bar #091775
Assistant Federal Defenders
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00037 AWI-DLB |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING;  ORDER |
| v. | ) | |
| NENG YANG, | ) | Date:  September 17, 2012<br>Time:  10:00 AM<br>Judge: Hon. Anthony W. Ishii |
| *Defendant.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for July 30, 2012, **may be continued to September 17, 2012 at 10:00 A.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | June 22, 2012 | August 8, 2012 |
| Responses Due | July 13, 2012 | September 4, 2012 |
| Hearing | July 30, 2012 - 10:00 A.M. | September 17, 2012 - 10:00 A.M. |

Counsel for defendant Yang needs additional time to file a motion to suppress.

/ / /

/ / /

/ / /

/ / /

1    The parties agree that the delay resulting from the continuance shall be excluded because the ends
2    of justice served by continuing this case outweigh the best interests of the public and the defendant in a
3    speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§
4    3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED:  July 26, 2012            By:   /s/  Brian Enos
                                            BRIAN ENOS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Public Defender


DATED:  July 26, 2012            By:   /s/  Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            Neng Yang


## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   July 26, 2012                                                           _____
                                                                                 CHIEF UNITED STATES DISTRICT JUDGE