1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, CA Bar #091775
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  NENG YANG

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   NO. 1:12-cr-00037 AWI-DLB
                                    )
12              Plaintiff,          )   **STIPULATION TO CONTINUE MOTIONS**
                                    )   **SCHEDULE AND HEARING;  ORDER**
13        v.                        )
                                    )   Date:   January 7, 2013
14  NENG YANG,                      )   Time:  1:30 PM
                                    )   Judge: Hon. Anthony W. Ishii
15              Defendant.          )
                                    )
16  _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the motions hearing now set for December 10, 2012 **may be continued to**

20  **January 7, 2013 at 1:30 P.M.**, and that a new motions schedule be set as follows:

21  | Event: | Present Date: | Requested New Date: |
    |---|---|---|
22  | Motions Due | November 13, 2012 | December 5, 2012 |
    | Responses Due | November 30, 2012 | December 21, 2012 |
23  | Hearing | December 10, 2012 - 1:30 P.M. | January 7, 2013 - 1:30 P.M. |

24        Counsel for defendant Yang needs additional time to complete briefing.

25  / / /

26  / / /

27  / / /

28  / / /

1    The parties agree that the delay resulting from the continuance shall be excluded because the ends

2  of justice served by continuing this case outweigh the best interests of the public and the defendant in a

3  speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§

4  3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
6

7  DATED:  November 13, 2012                   By:  /s/  Brian Enos
                                                     BRIAN ENOS
8                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
9

10                                                   DANIEL J. BRODERICK
                                                     Federal Public Defender
11

12  DATED:  November 13, 2012                  By:   /s/  Francine Zepeda
                                                     FRANCINE ZEPEDA
13                                                   Assistant Federal Defender
                                                     Attorneys for Defendant
14                                                   Neng Yang

15

16

17

18                                    **O R D E R**

19        **IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for

20  good cause and the Court finds the interest of justice outweighs the interests of the public and the

21  defendant in a speedy trial.

22  IT IS SO ORDERED.

23
     Dated:    November 13, 2012
24                                                   _____
                                                     UNITED STATES DISTRICT JUDGE
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28