BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cr-00037 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE APRIL 8, 2013 STATUS CONFERENCE TO JUNE 3, 2013; ORDER** |
| v. | ) | |
| | ) | Date: June 3, 2013 |
| | ) | Time: 10:00 a.m. |
| NENG YANG, | ) | Ctrm: 2 |
| | ) | |
| Defendant. | ) | Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' April 8, 2013 status conference may be continued to 10:00 a.m. on Monday, June 3, 2013.

    The parties base this stipulation on good cause. To explain, the parties have been diligently working toward a resolution of this case and have discussed general parameters relevant to the same, to the point of the undersigned government counsel's anticipation of presenting a draft plea agreement to defense counsel within the next ten (10) days. In light of the fact that a prosecution regarding defendant has also been filed

1

and remains active within the Fresno County Superior Court, the undersigned counsel also anticipate the possibility that they may need to address the resolution of this matter with the District Attorney's Office and defendant's public defender in the state action.  The undersigned nevertheless anticipate being able to either schedule a change of plea hearing, or set a trial date, by the above-requested continuance date.

For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 3, 2013          By: Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney


                                        (As auth. 4/3/13)

Dated: April 3, 2013              /s/ Francine Zepeda
                                        FRANCINE ZEPEDA
                                        Attorney for Defendant


IT IS SO ORDERED.

Dated:   April 4, 2013            _____
                                        SENIOR DISTRICT JUDGE