HEATHER E. WILLIAMS, Bar #122664
Federal Defender
FRANCINE ZEPEDA, CA Bar #091775
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>   v.<br><br>NENG YANG,<br><br>        *Defendant.* | NO. 1:12-cr-00037 AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS ; ORDER**<br><br>Date:  August 26, 2013<br>Time: 10:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for July 8, 2013, **may be continued to August 26, 2013 at 10:00 A.M.**, before Hon. Anthony W. Ishii.

This request for continuance is made by counsel for defendant Yang to allow additional time to confer with all attorneys representing Mr. Yang. The parties are attempting to reach a global resolution. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian W. Enos has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a

///

///

speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  June 26, 2013                  By:  /s/  Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: June 26, 2013                   By:  /s/ *Francine Zepeda*
                                        FRANCINE ZEPEDA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Neng Yang

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   June 26, 2013

                                        SENIOR  DISTRICT  JUDGE