HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00037 AWI-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS ; ORDER** |
| v. | Date: September 23, 2013 |
| NENG YANG, | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for August 26, 2013, **may be continued to September 23, 2013 at 10:00 A.M.**, before Hon. Anthony W. Ishii.

This request for continuance is made by counsel for defendant Yang to allow additional time in preparation of the case. As current counsel recently was substituted into the case, defense would request the continuance to further review discovery and meet with client. Additionally, the parties are scheduled to meet with their counterparts on the state side and continue to attempt to reach a global resolution of Mr. Yang's cases. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian W. Enos has no objection to this request.

///

///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation and plea negotiation purposes.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  August 2, 2013                    By:   /s/  Brian W. Enos
                                                BRIAN W. ENOS
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  August 2, 2013                    By:   /s/  Charles J. Lee
                                                CHARLES J. LEE
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                Neng Yang


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   August 2, 2013                    _____
                                           SENIOR  DISTRICT  JUDGE