HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NENG YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>NENG YANG,<br><br>　　　　　*Defendant.* | NO. 1:12-cr-00037 AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS ; ORDER**<br><br>Date: November 12, 2013<br>Time: 10:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for September 23, 2013, **may be continued to November 12, 2013 at 10:00 A.M.**, before Hon. Anthony W. Ishii.

The reason for this continuance is that the parties are close to resolving the federal case. There have been substantive discussions on Mr. Yang's state case as well. The parties believe the federal matter will resolve as soon as the state case does and requests the additional time for that to happen. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Brian W. Enos has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a

///

speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 19, 2013

By: */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 19, 2013

By: */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
Neng Yang

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 19, 2013

SENIOR DISTRICT JUDGE