# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-00037-AWI-BAM |
| Plaintiff, | **ORDER CONFIRMING DEFENDANT IS IN PRIMARY FEDERAL CUSTODY AND JURISDICTION** |
| v. | |
| NENG YANG, | |
| Defendant. | |
| _____/ | |

This ORDER confirms Defendant Neng Yang has been in primary federal custody since his arrest on January 27, 2012, and that this Court has primary jurisdiction over Mr. Yang for the reasons set in Defendant's motion. *See* ECF Doc. No. 46.

IT IS SO ORDERED.

Dated:  March 10, 2014                                   _____
                                                                               SENIOR  DISTRICT  JUDGE