BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>NENG YANG,<br><br>                    Defendant. | Case No: 1:12-cr-00037 AWI<br><br>**STIPULATION TO ADVANCE MAY 5, 2014 STATUS CONFERENCE TO MARCH 24, 2014 CHANGE OF PLEA HEARING;  ORDER**<br><br>Date:   March 24, 2014<br>Time:   1:30 p.m.<br>Ctrm:   2<br><br>Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that this action's May 5, 2014 status conference be advanced to a change of plea hearing on March 24, 2014, and set to commence in Courtroom 2 at 1:30 p.m.

   The parties base this stipulation on good cause, in that they have reached a resolution in this case and Mr. Yang wishes to enter his plea and be sentenced at the earliest available dates. A signed plea agreement has been filed. Doc. 50.

The government concurs with this requested advancement, as an expedited resolution of this case will also result in a savings of resources by both the parties and the court.

Dated: March 20, 2014                               BENJAMIN B. WAGNER
                                                    United States Attorney


                                                    By: /s/ Brian W. Enos
                                                    Brian W. Enos
                                                    Assistant U.S. Attorney


Dated: March 20, 2014                               (As auth. 3/20/14)

                                                    By: /s/ Charles J. Lee
                                                    Charles J. Lee
                                                    Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   March 20, 2014               _____
                                                 SENIOR  DISTRICT  JUDGE