HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Neng Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NENG YANG,<br><br>  Defendant. | Case No.  1:12-cr-00037 AWI-BAM<br><br>**AMENDED** STIPULATION AND  ORDER TO ADVANCE SENTENCING HEARING<br><br>DATE:   April 30, 2014<br>TIME:    2:00 p.m.<br>JUDGE: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 2, 2014, may be advanced to April 30, 2014 at 2:00 p.m.

   This advancement of the court date is at the request of the defense as Mr. Yang wishes to be sentenced as soon as possible.  The parties have entered in a stipulated plea agreement pursuant to Rule 11(c)(1)(C) and both parties still stand by that agreement.  The Government is in agreement with the advancement as is the U.S. Probation Office.

///

///

///

///

Respectfully submitted,

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 22, 2014 | By: | */s/Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 22, 2014 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>NENG YANG |

**O R D E R**

IT IS SO ORDERED.

Dated: April 23, 2014

_____
SENIOR DISTRICT JUDGE

Yang: Stipulation to Advance Sentencing Hearing     -2-