HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Neng Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>NENG YANG,<br><br>                   Defendant. | Case No.  1:12-cr-00037 AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE:  November 3, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above-captioned matter now set for September 8, 2014, may be continued to November 3, 2014 at 10:00 a.m.

   Both parties are awaiting some restitution documents to be provided by the probation department in the near future.  After reviewing the documents, both parties anticipate filing points and authorities before the requested restitution hearing date.

   As Mr. Yang has already been sentenced on this case, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

<pre>
                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: August 28, 2014         By:        /s/Brian Enos
                                          BRIAN ENOS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: August 28, 2014         By:        /s/ Charles J. Lee
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          NENG YANG
</pre>

# **O R D E R**

IT IS SO ORDERED.

Dated: August 28, 2014          _____
                                SENIOR DISTRICT JUDGE

<pre>
Yang: Stipulation to Continue Restitution Hearing         -2-
</pre>