HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Neng Yang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00037 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| vs. | DATE: November 17, 2014 |
| NENG YANG, | TIME: 1:30 p.m. |
| | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above-captioned matter now set for November 3, 2014, may be continued to November 17, 2014 at 1:30 p.m.

This court date is requested by both parties to be properly prepared for the hearing as well as to give ample time to provide notice to all interested parties.

As Mr. Yang has already been sentenced on this case, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 23, 2014 |   | By: | */s/Brian Enos*<br>BRIAN ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 23, 2014 |   | By: | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>NENG YANG |

**O R D E R**

IT IS SO ORDERED.

Dated: September 24, 2014              _____
                                       SENIOR DISTRICT JUDGE